# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| PACIFICO G. ANTALAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV413-158 |
| MAN-TECH TELECOMMUNICATIONS AND INFORMATION SYSTEMS CORPORATION a/k/a MAN-TECH INTERNATIONAL CORPORATION, | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On July 11, 2013, the Court ordered plaintiff to make a more detailed showing as to his financial status in order to evaluate whether he could afford to pay the filing fee or qualified for *in forma pauperis* status. (Doc. 5.) It gave him 14 days to comply. (*Id.*) He did not do so. This case amounts to no more than dead wood, and the Court has the inherent power to prune it from the docket. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action and for failing to respond to a Court order. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have

the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this __7th__ day of November, 2013.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA