FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 DEC 10 PM 2:07
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PACIFICO G. ANTALAN,

    Plaintiff,

v.

MAN-TECH TELECOMMUNICATIONS AND
INFORMATION SYSTEMS CORPORATION
a/k/a MAN-TECH INTERNATIONAL
CORPORATION,

    Defendant.

CASE NO. CV413-158

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to respond to a Court order. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of December 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA